# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**WARREN PROPERTIES, INC.**                                                  **PLAINTIFF**

**VS.**                  **CASE NO.  4:06CV001601 JMM**

**FELIX D. TAYLOR**                                                       **DEFENDANT**

## ORDER

Based upon defendant's statement regarding his disability and his need for more time to file a brief, defendant is given up to, and including, December 15, 2006 to file his brief in response to the pending Motion to Remand.

IT IS SO ORDERED THIS __5__ day of __December__, 2006.

                                                                             James M. Moody
                                                                             United States District Court